HARMEET K. DHILLON
Assistant Attorney General, Civil Rights Division
R. JONAS GEISSLER
Deputy Assistant Attorney General, Civil Rights Division
PATRICK MCCARTHY
Chief, Special Litigation Section
JEFFREY R. MURRAY
Trial Attorney, Special Litigation Section
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530
    Telephone: (202) 598-1211
    E-mail: Jeffrey.Murray@usdoj.gov

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
MARGARET M. CHEN (Cal. Bar No. 288294)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3148
    E-mail: Margaret.Chen@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF LOS ANGELES and THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT,<br><br>Defendants. | No. 2:15-cv-03174-JFW-FFM<br><br>**STIPULATION FOR PARTIAL TERMINATION OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER**<br><br>Honorable John F. Walter<br>United States District Judge |

Plaintiff United States of America ("Plaintiff") and Defendants The County of Los Angeles and The Los Angeles County Sheriff's Department ("Defendants"), by and through their respective attorneys of record, hereby jointly stipulate and request that the Court terminate Section V: Enforcement of Section 8 Compliance (paragraphs 73-80) of the Settlement Agreement, ECF Nos. 4, 14, pursuant to Federal Rule of Civil Procedure 60(b) and 41(a)(2). Plaintiff avers that Defendants have achieved sustained compliance with the housing provisions of the Settlement Agreement.

Dated: February 3, 2026

KENDALL BRILL & KELLY LLP

_____
ROBERT E. DUGDALE

Attorneys for Defendants
The County of Los Angeles and the Los Angeles County Sheriff's Department

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
R. JONAS GEISSLER
Deputy Assistant Attorney General, Civil Rights Division
PATRICK MCCARTHY
Acting Chief, Special Litigation Section

_____/s/ Jeffrey R. Murray_____
JEFFREY R. MURRAY
Trial Attorney, Special Litigation Section

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

_____/s/ Margaret M. Chen_____
MARGARET M. CHEN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

1