UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cv-03174-JFW-FFM |
| Plaintiff, | **ORDER** |
| v. | |
| THE COUNTY OF LOS ANGELES and THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, | |
| Defendants. | |

Pursuant to the Stipulation for Partial Termination of Settlement Agreement filed by the parties, IT IS ORDERED that Section V: Enforcement of Section 8 Compliance (paragraphs 73-80) of the Settlement Agreement, ECF Nos. 4, 14, is terminated.

DATED: February 4, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1